UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER IRVING,<br><br>Plaintiff,<br><br>v.<br><br>COOK COUNTY SHERIFF'S OFFICE *et al.*,<br><br>Defendants. | Civil action 1:22-cv-06599<br><br>The Honorable Andrea Wood<br>Courtroom 2141<br><br>The Honorable Heather McShain<br>Courtroom 1700 |

JOINT STATUS REPORT PURSUANT TO ECF NO. 35

Pursuant to this Court's order of June 16, 2023 (ECF No. 35), the Parties report:

1. The Parties did not brief Defendant Laneshia Pondexter's motion to dismiss because Plaintiff does not oppose Defendants' motion to dismiss Defendant Pondexter.

2. The Parties have served written discovery requests. The Parties are not aware of any discovery disputes that require the Court's involvement. Moreover, the Parties do not expect difficulty completing fact discovery by the September 15, 2023, deadline.

3. There are no other issues that the Parties would like to discuss with the Court.

Respectfully submitted,

Heidi Karr Sleper
Kurtz, Sleper & Exline, LLC
610 West Roosevelt Road
Suite A2
Wheaton, Illinois 60187
hsleper@kselegal.com

Jonathan Wheeler
Assistant State's Attorney
50 West Washington Street
Fifth Floor
Chicago, Illinois 60602
jonathan.wheeler@cookcountyil.gov