# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER P. IRVING, | |
| Plaintiff, | No. 22 C 6599 |
| v. | Judge Andrea R. Wood |
| COOK COUNTY SHERIFFF'S OFFICE, et al., | Magistrate Judge Heather K. McShain |
| Defendants. | |

**DEFENDANT ALICIA LOBIANCO'S MOTION TO CORRECT THE DOCKET**

Defendant Alicia LoBianco ("Defendant" or "Defendant LoBianco"), by her attorney, KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Miguel E. Larios, and for her Motion to Correct the Court's Docket, states as follows:

1. On November 23, 2022, Plaintiff filed this action against various parties, including Defendant LoBianco. (Dkt. 1). Plaintiff's Complaint however identifies Defendant LoBianco as "Alecia Lobiancao" throughout. (*Id.*).

2. Defendant LoBianco's actual name is Alicia LoBianco.

3. Defendant LoBianco respectfully requests that this Court enter an Order directing the Clerk to correct her name to Alicia LoBianco.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court enter an Order directing the Clerk to correct her name to Alicia LoBianco, and grant such other relief that this Court deems just.

Dated: September 22, 2023 	 Respectfully submitted,

**KIMBERLY M. FOXX**
State's Attorney of Cook County


*/s/ Miguel E. Larios*
Miguel E. Larios
Cook County State's Attorney's Office
Conflicts Counsel Unit
50 West Washington Street, Suite 2760
Chicago, Illinois 60602
(312) 603-1427
miguel.larios@cookcountyil.gov

*Counsel for Defendant Alicia LoBianco*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 22, 2023, I electronically filed the foregoing document with the Clerk of the Court for Northern District of Illinois using the electronic case filing system of the Court.

<u>/s/ Miguel E. Larios</u>