# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Christopher Irving v. Cook County Sheriff's Office, et al.

Case Number: 22-cv-6599

An appearance is hereby filed by the undersigned as attorney for:

Cook County Sheriff's Office, Cook County, Martha Yoksoulian, Erica Green, Esequiel Iracheta, Patrick Fitzgerald and Daniel Lakowski

Attorney name (type or print): William B. Oberts

Firm: Tribler Orpett & Meyer, P.C.

Street address: 225 W. Washington St., Suite 2550

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6244723
(See item 3 in instructions)

Telephone Number: 312-201-6400

Email Address: wboberts@tribler.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/11/23

Attorney signature: S/ William B. Oberts
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023