IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER IRVING )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COOK COUNTY SHERIFF'S OFFICE, *et al.* )<br>)<br>)<br>)<br>Defendants )<br>)<br>)<br>) | Case No. 22-CV-6599<br><br>Judge Andrea Wood |

**DEFENDANTS' COOK COUNTY SHERIFF'S OFFICE, COOK COUNTY, MARTHA YOKSOULIAN, ERICA QUEEN, ESEQUIEL IRACHETTA, PATRICK FITZGERALD AND DANIEL LAKOWSKI'S MOTION FOR LEAVE TO DEPOSE AN INCARCERATED INDIVIDUAL**

Defendants, Cook County Sheriff's Office, Cook County, Martha Yoksoulian, Erica Queen, Esequial Irachetta, Patrick Fitzgerald and Daniel Lakowski, by and through their counsel, respectfully request leave to take the deposition upon oral examination of Cedric Johnson, who is confined in Sheridan Correctional Center in Sheridan, LaSalle County, Illinois, pursuant to Rule 30(b)(2), and in support, state as follows:

1. Plaintiff alleges that he sustained injuries because of Defendants' failure to protect him while he was confined at Cook County Department of Corrections.

2. Specifically, Plaintiff alleges he sustained injuries when he was assaulted by another inmate, Cedric Johnson, while he was confined at Cook County Department of Corrections.

3.	Mr. Johnson pled guilty to aggravated battery and he is currently confined at Sheridan Correctional Center, located at 4017 E. 2603rd Rd, Sheridan, Illinois.

4.	Defendants seek to depose Mr. Johnson regarding his observations and interactions with Plaintiff, as well as the events leading up to the physical altercation and the circumstances of his verbal exchange with Plaintiff.

WHEREFORE, Defendants Cook County Sheriff's Office, Cook County, Martha Yoksoulian, Erica Queen, Esequial Irachetta, Patrick Fitzgerald and Daniel Lakowski respectfully request that this Court allow them to take the deposition of Cedric Johnson, currently confined at Sheridan Correctional Center.

        Respectfully submitted,

        KIMBERLY M. FOXX
        State's Attorney of Cook County

By:	/s/ William B. Oberts
        Special State's Attorney
        On behalf of Defendants

William B. Oberts, Esq. – ARDC #6244723
Amy M. Kunzer, Esq. – ARDC #6293176
Tribler Orpett & Meyer, P.C.
225 West Washington Street, Suite 2550
Chicago, Illinois 60606
(312) 201-6400
wboberts@tribler.com
amkunzer@tribler.com
docket@tribler.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 31, 2023, a true and correct copy of Defendants' Cook County Sheriff's Office, Cook County, Martha Yoksoulian, Erica Queen, Esequiel Irachetta, Patrick Fitzgerald and Daniel Lakowski's Motion for Leave to Depose an Incarcerated Individual, was served upon:

| *Attorney for Plaintiff* | *Attorney for Defendant Alecia Lobiancao* |
|---|---|
| **Heidi Karr Sleper**<br>Kurtz, Sleper & Exline, LLC<br>610 W. Roosevelt Road, Suite A2<br>Wheaton, IL 60187<br>(630) 323−9444<br>hsleper@kselegal.com | Jason DeVore<br>Troy S. Radunsky<br>Special Assistant State's Attorney<br>230 W Monroe St, Ste 230<br>Chicago, IL 60606<br>312-300-4479<br>jdevore@devoreradunsky.com<br>tradunsky@devoreradunsky.com |

Service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5, as to any party who is not a Filing User or represented by a Filing User by emailing a copy to the above-named attorney or party of record at the address listed above.

s/William B. Oberts
an Attorney
